UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 97-cr-00035-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY EDWARD SANCHEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Government shall respond to Defendant's motions [ECF No. 37 and 38] on or before **Tuesday, October 26, 2010.**

    Dated: October 12, 2010