UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   97-cr-00035-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  ANTHONY EDWARDS SANCHEZ,

   Defendant.

## ORDER

This matter is before me on Defendant Sanchez's Motion for Modification of Sentence, filed February 2, 2010 [ECF No. 37].  Per the Court's instructions the Government filed a response on October 26, 2010 [ECF No. 43].  After considering the Defendant's motion and the Government's response, the motion is denied.

Defendant Sanchez argues that I should modify his sentence pursuant to 18 U.S.C. § 3582(C)(B)(2) and 18 U.S.C. 3553(a)(2)(D), to allow him to spend the last twelve months of his sentence in a residential drug treatment program.

After a careful review of Defendant's motion, I conclude that the motion should be denied.  The Court does not have inherent authority to modify a previously imposed sentence—it may do so only pursuant to statutory authorization.  *United States v. Mendoza*, 118 F.3d 707, 709 (10th Cir.), *cert. denied*, 522 U.S. 961 (1997).  There are three limited circumstances in which a sentence may be modified: (1) the court receives a motion from the Bureau of Prisons finding that special circumstances warrant a reduction and the requested reduction is consistent with the applicable policy

statements issued by the Sentencing Commission; (2) to the extent expressly permitted by statute or by FED. R. CRIM. P. 35; or (3) a defendant has been sentenced based upon a sentencing range later lowered by the Sentencing Commission.  *United States v. Smartt*, 129 F.3d 539, 540 (10th Cir. 1997).

In this case, Defendant has not shown that any of those grounds are present in this case.  He has also not shown that relief is proper under any other statute.  Accordingly, it is

ORDERED that Defendant Sanchez's Motion for Modification of Sentence, filed February 2, 2010 [ECF No. 37] is **DENIED**.  It is

FURTHER ORDERED that Defendant Sanchez' motion for hearing [ECF No. 38] is **DENIED as moot**.  It is

FURTHER ORDERED that Defendant Sanchez's Motion for Court to Order Government to Respond to Sentence Modification Motion [ECF No. 40] is **DENIED a moot**.

Dated:  June 16, 2011

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Chief United States District Judge